**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000014
14-FEB-2025
07:55 AM
Dkt. 7 OAWST**

NO. CAAP-25-0000014

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


YILIN FENG, Plaintiff-Appellee, v.
DI WU, Defendant-Appellant, and
JOHN DOES 1-5; JANE DOES 1-10; DOE PARTNERSHIPS 1-5;
CORPORATIONS 1-5; DOE ENTITIES 1-5, and
DOE GOVERNMENTAL UNITS 1-5, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0001068)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (Stipulation), filed February 11, 2025, by Plaintiff-Appellee Yilin Feng, the papers in support, and the record, it appears that (1) the filing fees have not been paid and the appeal has not been docketed; (2) under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the Stipulation is signed by all self-represented parties and counsel for all other appearing parties; and (4) dismissal is authorized by HRAP Rule 42(a), because the appeal had not been docketed. Therefore, IT IS HEREBY ORDERED that the Stipulation

is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, February 14, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge